# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RHONDA ROE; DENISE DOE; JANE DOE DANCER; AND JANE DOE DANCERS 2-7,<br><br>Appellants,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, A NEVADA LIMITED LIABILITY COMPANY, D/B/A CRAZY HORSE III GENTLEMEN'S CLUB, I-X; DOE CLUB OWNER, I-X; DOE EMPLOYER, I-X; ROE CLUB OWNER, I-X; ROES EMPLOYER, I-X; JACQUELINE FRANKLIN; ASHLEIGH PARK; LILY SHEPARD; STACIE ALLEN; MICHAELA DEVINE; SAMANTHA JONES; KARINA STRELKOVA; AND DANIELLE LAMAR,<br><br>Respondents. | No. 84004<br><br>**FILED**<br><br>JUL 21 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Cause appearing, the parties' joint motion to voluntarily dismiss this appeal is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Leon Greenberg Professional Corporation
Bendavid Law
Bighorn Law/Las Vegas
Rusing Lopez & Lizardi, PLLC
Eighth District Court Clerk